**Order entered April 20, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00782-CR

**MUSTAPHA RAHMAN COKER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-32844-M**

## ORDER

Appellant's April 17, 2018 motion for continuance and notice of hearing is before the Court. We **GRANT IN PART** appellant's motion to the following extent.

We **ORDER** appellant's counsel, Niles Illich, to send appellant copies of the clerk's and reporter's records and to provide this Court, within **FIFTEEN DAYS** of the date of this order, with written verification that the record has been sent to appellant.

Appellant's pro se response to the *Anders* brief shall be due by **June 25, 2018**.

We **DIRECT** the Clerk of the Court to send copies of this order to counsel for the parties and to Mustapha Rahman Coker.

/s/    LANA MYERS
        JUSTICE